# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Tyler Skarda<br>930 Lawton Terrace<br>Manitowoc, WI 54220<br><br>    Plaintiff,<br><br>v.<br><br>Bureau of Collection Recovery, Inc.<br>c/o CT Corporation System,<br>Registered Agent<br>8040 Excelsior Dr., Suite 200<br>Madison, WI 53717<br><br>    Defendant. | CASE NO.:<br><br>JUDGE:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper in this district because this is the judicial district where all of the events giving rise to the cause of action took place.

## FACTS COMMON TO ALL COUNTS

2. The Plaintiff is a person who incurred a consumer debt primarily for personal, family or household purposes.

3. Defendant is a corporation doing business primarily as a consumer debt collector.

4. Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. §1692a(6).

5. The Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

6. The debt in question qualifies as a "debt" as defined by 15 U.S.C. §1692a(5).

7. Defendant is either the holder of the debt or was retained by the current holder to collect the debt.

8. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

9. On or around February 24, 2008, Defendant telephoned Plaintiff in an attempt to collect the debt.

10. During this communication, Defendant asked Plaintiff what was wrong with Plaintiff's voice.

11. Plaintiff responded by stating that Plaintiff didn't know what Defendant meant.

12. Defendant repeated the question referenced in paragraph 10.

13. In response to the odd question, Plaintiff felt that Defendant was harassing Plaintiff and Plaintiff responded that Plaintiff was gay.

14. In respond to Plaintiff's statement, Defendant stated, "Well, pay your bill you fucking faggot!"

15. As a result of Defendant's harassment, Plaintiff was extremely insulted and suffered from substantial emotional distress.

16. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. The Defendant violated 15 U.S.C. §1692d in that defendant used obscene and/or abusive language during its communications in furtherance of debt collection.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

19. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

20. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect a debt.

## **JURY DEMAND**

21. Plaintiff demands a trial by jury.

## **PRAYER FOR RELIEF**

22. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages pursuant to 15 U.S.C. §1692k and costs, and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    233 S. Wacker Dr., Suite 5150
    Chicago, IL 60610
    Telephone: 866-339-1156
    Email: jsh@legalhelpers.com